Certificate Number: 05781-NYS-DE-041594249

Bankruptcy Case Number: 26-12512

05781-NYS-DE-041594249

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 23, 2026, at 2:31 o'clock PM PDT, Daniel Ramirez Guzman completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of New York.

Date: October 23, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President