Certificate Number: 05781-NYS-DE-041572249

Bankruptcy Case Number: 26-12331

05781-NYS-DE-041572249

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 18, 2026, at 12:25 o'clock PM PDT, Jonathan Musgrave completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of New York.

Date: October 18, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President