Certificate Number: 05781-NYS-DE-041594165

Bankruptcy Case Number: 26-12211

05781-NYS-DE-041594165

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 23, 2026, at 2:16 o'clock PM PDT, Luz E. Quintana Blanco completed a course on personal financial management given by telephone by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of New York.

Date: October 23, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President